UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW TRUJILLO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CAPTAIN GORE, et al.,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-03170-KK-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss ("Motion"), the records on file, and the Report and Recommendation of United States Magistrate Judge. Notably, Petitioner failed to file an opposition to the Motion, which the Court deems consent to the granting of the Motion. See Local Rule 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."). Additionally, no objections to the Report and Recommendation have been filed.

///

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, Respondent's Motion to Dismiss is granted, and the Petition is dismissed without prejudice.

DATED: February 28, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE