JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW TRUJILLO, | Case No. 2:24-cv-03170-KK-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| CAPTAIN GORE, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 28, 2025

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE